**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | |
| | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

    Upon motion of _____, IT IS ORDERED that a detention hearing is continued to 9/3/08 _____ , _____ , at _____ ☐ a.m. / ☐ p.m. before the Honorable _____, in Courtroom _____.

    Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _____    _____
                                                                     U.S. District Judge/Magistrate Judge